**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AIDA AGHASY et.al., | |
| Plaintiffs, | Case No. 8:25-cv-00909-ABA |
| v. | |
| MARCO RUBIO et.al., | **NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Defendants | |

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs, through counsel, hereby dismiss without prejudice all claims made in their complaint against DEFENDANTS.

Dated: June 29, 2025

Respectfully submitted,

*/s/ Garrett Carter May*

Garrett Carter May (MD Bar ID: 31451)
RED EAGLE LAW, L.C.
5256 S. Mission Road, Suite 135
Bonsall, CA 92003
Phone: (714)661-3446
garrett@redeaglelaw.com

Counsel for Plaintiffs

**And it is so ORDERED and the case shall be marked as CLOSED.**

**July 8, 2025**

/s/

**Adam B. Abelson**
**United States District Judge**